IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEMEKA IBRAHIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-1019 |
| ) | |
| MURFREESBORO MEDICAL CLINIC, P.A., ) | Judge Sharp |
| DR. ANDREW H. FORD, ) | |
| SLEEP MEDICINE OF MIDDLE TENNESSEE, and ) | |
| DR. KELLY A. CARDEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On the same day the Court entered an order dismissing the complaint for lack of subject-matter jurisdiction (ECF No. 4), plaintiff Shemeka Ibrahim filed a First Amended Complaint (ECF No. 7), apparently to correct grammatical errors in the original complaint.

To the extent the amended complaint might be construed as a motion for permission to amend the complaint or as a motion to reconsider dismissal of the case, such motion, however construed, is without merit and is hereby **DENIED AS MOOT**. The proposed amendment does not affect the fundamental defect in the original complaint, as it too fails to state a claim over which this Court has subject-matter jurisdiction.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge